**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1373**

_____

In re:  BLAKE SANDLAIN,

Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Bluefield.  (1:22-cv-00222).

_____

Submitted:  May 4, 2023                                                   Decided:  May 18, 2023

_____

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Blake Sandlain, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake Sandlain petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket sheet reveals that on May 1, 2023, the magistrate judge issued proposed findings and a recommendation on Sandlain's petition. Because there has been recent significant action in Sandlain's case, we conclude there has been no undue delay. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*